**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joshua Wade Bullock,

        Petitioner,

v.

Paul Schnell, *Commissioner of Corrections*,

        Respondent.

Civ. No. 25-4195 (JWB/JFD)

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

Joshua Wade Bullock, pro se Plaintiff.

Lisa Lodin, Esq., and Thomas R. Ragatz, Esq., Office of the Minnesota Attorney General; Nicholas Kimball, Esq., Hennepin County Attorney's Office, counsel for Respondent.

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") on December 18, 2025. (Doc. No. 11.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1.      The December 18, 2025 Report and Recommendation (Doc. No. 11) is **ACCEPTED**.

2.      Petitioner Joshua Wade Bullock's Petition for a Writ of Habeas Corpus

under 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**.

3.      Petitioner Bullock's Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) and Motion to Vacate Conditional Release Period (Doc. No. 3) are **DENIED** as moot.

4.      This action is **DISMISSED WITHOUT PREJUDICE**.

5.      No certificate of appealability is issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: March 18, 2026                                         *s/ Jerry W. Blackwell*
                                                            JERRY W. BLACKWELL
                                                            United States District Judge